## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: FREDERICK N. MCCLELLAN, JR. §          Case No. 07-73177
     AMANDA MCCLELLAN §
      §
     Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 12/31/2007.

2)  The plan was confirmed on 09/05/2008.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 08/05/2009, 09/02/2010, 01/07/2011.

5)  The case was converted on 02/17/2011.

6)  Number of months from filing or conversion to last payment: 32.

7)  Number of months case was pending: 38.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $56,300.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 9,560.31 |  |
| Less amount refunded to debtor | $ 0.00 |  |
| **NET RECEIPTS** |  | $ 9,560.31 |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |  |
| Court Costs | $ 0.00 |  |
| Trustee Expenses & Compensation | $ 658.03 |  |
| Other | $ 0.00 |  |
| **TOTAL EXPENSES OF ADMINISTRATION** |  | $ 658.03 |

Attorney fees paid and disclosed by debtor:          $ 2,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| THE LAW OFFICES OF DAVID L. | Lgl | 2,500.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Sec | 5,729.05 | 7,453.62 | 929.54 | 929.54 | 0.00 |
| BANK OF AMERICA NA | Sec | 1,230.00 | 2,626.94 | 327.60 | 327.60 | 0.00 |
| FIA CARD SERVICES aka BANK OF | Uns | 5,289.96 | 5,946.72 | 5,946.72 | 521.20 | 0.00 |
| FIA CARD SERVICES aka BANK OF | Uns | 0.00 | 5,514.70 | 5,514.70 | 483.32 | 0.00 |
| BCU | Uns | 16,201.15 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 6,457.30 | 6,649.13 | 6,649.13 | 582.75 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 3,009.28 | 3,176.02 | 3,176.02 | 278.36 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 911.85 | 976.28 | 976.28 | 85.56 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 287.61 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA, NA | Uns | 3,821.83 | 3,821.83 | 3,821.83 | 334.95 | 0.00 |
| ECAST SETTLEMENT | Uns | 6,888.33 | 7,099.36 | 7,099.36 | 622.21 | 0.00 |
| CHASE BANK USA, NA | Uns | 2,099.40 | 2,181.00 | 2,181.00 | 191.15 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 5,059.51 | 5,059.51 | 5,059.51 | 443.43 | 0.00 |
| DISCOVER BANK | Uns | 4,433.20 | 4,614.76 | 4,614.76 | 404.45 | 0.00 |
| DISCOVER BANK | Uns | 4,162.68 | 4,340.99 | 4,340.99 | 380.46 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 958.50 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK PLATINUM | Uns | 787.51 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HSBC BANK N/A | Uns | 58.00 | 2,111.18 | 2,111.18 | 185.03 | 0.00 |
| CHASE BANK USA NA | Uns | 514.03 | 548.41 | 548.41 | 48.06 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 14,426.71 | 14,426.71 | 14,426.71 | 1,264.39 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 197.25 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 1,115.36 | 1,115.36 | 1,115.36 | 97.76 | 0.00 |
| POTTERY BARN | Uns | 671.41 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 511.10 | 511.10 | 511.10 | 44.79 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 171.40 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 7,340.59 | 7,544.35 | 7,544.35 | 661.21 | 0.00 |
| STANLEY WEINBERG & | Uns | 3,964.32 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,022.35 | 1,081.08 | 1,081.08 | 94.75 | 0.00 |
| THE CHILDRENS PLACE PLAN | Uns | 109.04 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 550.55 | 591.06 | 591.06 | 51.80 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 1,046.00 | 899.56 | 899.56 | 78.84 | 0.00 |
| WEST ASSET MANAGEMENT | Uns | 651.29 | NA | NA | 0.00 | 0.00 |
| ZWICKER & ASSOCIATES, P.C. | Uns | 6,675.74 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JP MORGAN CHASE | Uns | 0.00 | 9,021.52 | 9,021.52 | 790.67 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,257.14 | $ 1,257.14 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 1,257.14 | $ 1,257.14 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 87,230.63 | $ 7,645.14 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 658.03 |
| Disbursements to Creditors | $ 8,902.28 |
| **TOTAL DISBURSEMENTS:** | $ 9,560.31 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  03/14/2011                    By:  /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)